## United States Bankruptcy Court
### District of

IN RE:                                                     Case No. **09-10110**

**GONZALEZ VEGA, JENNIFER**                                Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/3/2009**                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                         Filed by: ☐ Debtor ☐ Trustee ☐ Other

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### I. PAYMENT PLAN SCHEDULE

$ ____**425.00** x ____**60** = $ ____**25,500.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ ____**25,500.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM
within ____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ ____**25,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ ____**3,000.00**

Signed: **/s/ Jennifer Gonzalez Vega**
        _____
        Debtor

        _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE**     Cr. ____     Cr. ____
# ____                  # ____       # ____
$ ____**635.00**        $ ____       $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCI/** Cr. ____   Cr. ____
# **4476**              # ____       # ____
$ ____**17,000.00**     $ ____       $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____                Cr. ____     Cr. ____
# ____                  # ____       # ____
$ ____                  $ ____       $ ____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C LAS PIED**
5. ☐ Other: ____
6. ☑ Debtor otherwise maintains regular payments directly to:
**RG MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
                ☐ Paid 100% / ☐ Other: ____
Cr. ____                Cr. ____     Cr. ____
# ____                  # ____       # ____
$ ____                  $ ____       $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdez Ortega Law Offices**          Phone: **(787) 758-4400**

IN RE <u>GONZALEZ VEGA, JENNIFER</u>                                       Case No. <u>09-10110</u>

Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 4476
UNTIL CONFIRMATION $150.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 4476 THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $320.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON SEPTEMBER 2013

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JENNIFER GONZALEZ VEGA

                Debtor(s)

CASE NO.; 09-10110 ESL

CHAPTER 13(ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

    1.   The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 12/3l/2009.**

    **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

    In San Juan, Puerto Rico, this 3l , day of December, 2009.

    **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                          **RESPECTFULLY SUBMITTED.**

                          /S/MARILYN VALDES ORTEGA
                          **MARILYN VALDES ORTEGA**
                          USDC PR 214711
                          P.O.Box 195596
                          San Juan, PR 00919-5596
                          Tel. (787) 758-4400
                          Fax. (787) 763-0144

Label Matrix for local noticing
0104-3
Case 09-10110-ESL13
District of Puerto Rico
Old San Juan
Fri Dec 18 11:26:18 AST 2009

R&G MORTGAGE CORPORATION
CARDONA JIMENEZ LAW OFFICES, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

RELIABLE FINANCIAL SERVICES
CARLOS E PEREZ PASTRANA
PO BOX 21382
SAN JUAN, PR 00928-1382

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

COOP A/C LAS PIEDRAS
CALLE JOSE C. BARBOSA
APARTADO 414
LAS PIEDRAS, PR 0771-0414

DEL VALLE RODRIGUEZ LAW OFFICES
PO BOX 10590
SAN JUAN, PR 00922-0590

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR 00969

R&G MORTGAGE CORPORATION
CARDONA-JIMENEZ LAW OFFICE, PSC
P.O. BOX 9023593
SAN JUAN, PR 00902-3593

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

RG MORTGAGE
PO BOX 362394
SAN JUAN, PR 00936-2394

SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369

UNIVERSIDAD METROPOLITANA
OFICINA DE REGISTRADURIA
PO BOX 21150
SAN JUAN, PR 00928-1150

JENNIFER GONZALEZ VEGA
URB ORIENTAL
65 CALLE LUIS PALES MATOS
LAS PIEDRAS, PR 00771-3192

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR 00919-5596

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.  STOP 27 1/2
SAN JUAN, PR 00918-1693

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GONZALEZ VEGA, JENNIFER

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20